JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVARSHA WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>  Defendant. | Case No. 2:20-cv-10771-AB (JEMx)<br><br>**ORDER APPROVING STIPULATION TO VOLUNTARILY DISMISS COMPLAINT** |

**WHEREAS**, the Parties have respectfully issued a Joint Stipulation to move the instant action to state court in San Diego County, where Defendant conducts business,

**WHEREAS**, Defendant agrees to toll the statute of limitations as of the date Plaintiff filed the original Complaint in federal court (5/8/2019) through the date of preliminary approval in the state court case,

**WHEREAS**, Defendant will stipulate that Plaintiff is entitled to seek attorney fees and costs for time and costs spent in the federal district court proceeding for the to-be-dismissed federal case, as well as the newly filed state court case, and

**WHEREAS**, the Parties stipulate and agree that the date of filing of the federal court

action will be deemed the operative date in the subsequent state court action for purposes of class membership and fees and costs entitlement.

**IT IS HEREBY ORDERED** that the Joint Stipulation to Voluntarily Dismiss the Complaint is **GRANTED**, without prejudice.

DATED: February 3, 2022

_____
Hon. André Birotte Jr.
United States District Judge